I

242 So.2d 575

**STATE of Louisiana**

v.

**Clay L. SHAW.**

**No. 51089.**

Jan. 13, 1971.

HAMLIN, J., is of the opinion that, because of the showing made, and because

of the exceptional circumstances of this prosecution, the application should be granted.